**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

DANIEL DORSEY
ADC #113528                                                                                                          PLAINTIFF

V.                                          1:10CV00046 JMM/JTR

JOE PAGE, Warden,
Grimes Unit, et al.                                                                                              DEFENDANTS

### INITIAL SCHEDULING ORDER

Defendants have filed their Answer providing their full and correct names. *See* docket entry #14. The Clerk will be directed to amend the docket sheet accordingly. Additionally, the Court will give the parties 90 days to *complete* discovery and 120 days to file any dispositive motions.[1]

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to amend the docket sheet to reflect that Defendant Loggains is "Timmie Loggains."

2. The parties shall complete discovery **on or before November 26, 2010,** and file any dispositive motions **on or before December 28, 2010.**

Dated this 27th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This means that the parties must send their final discovery requests to the opposing side so that they have the full amount of time, as provided by the Federal Rules of Civil Procedure, to respond before the discovery deadline expires. For instance, Fed. R. Civ. P. 33(b)(2) states that a party has 30 days to respond to interrogatories. Thus, the parties must send their final interrogatories to the opposing side *at least* 30 days before the expiration of the discovery deadline