IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANIEL DORSEY
ADC #113528                                                                                          PLAINTIFF

V.                                          1:10CV00046 JMM/JTR

JOE PAGE, Warden,
Grimes Unit, et al.                                                                                 DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Separate Defendant Heier's Motion to Dismiss (docket entry #42) is GRANTED, and that Defendant Heier is DISMISSED, WITH PREJUDICE, from this action.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 6th day of January, 2011.

*/s/ James M. Moody*
UNITED STATES DISTRICT JUDGE