IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DANIEL DORSEY,
ADC #113528                                                                                      PLAINTIFF

V.                                  1:10CV00046 JMM/JTR

JOE PAGE, Warden; and
TIMME LOGGAINS, Grimes Unit,
Arkansas Department of Correction                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Defendants and this case is DISMISSED, WITH PREJUDICE. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 14th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE